359 A.2d 903
COMMONWEALTH
v.
MORGAN, Appellant.

Submitted November 24, 1975. Dante G. Bertani, Public Defender, for appellant; Patrick H. Mahady, Assistant District Attorney, and Albert M. Nichols, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.